# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

VICTOR CAMARGO JUAREZ,

    Plaintiff

v.

ROBERT HUMASON, HUMASON, II, INC., dba MCDONALD'S RESTAURANT, MILLY MORENO, and DOES 1-10,

    Defendants

Case No.: 3:20-cv-000642-RCJ -WGC

**Order**

Re: ECF No. 1

Plaintiff has filed an application to proceed *in forma pauperis* (IFP) and a civil complaint asserting violations of Title VII. (ECF Nos. 1, 1-1.)

The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis*. The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

Plaintiff's IFP application was submitted on a form from the Second Judicial District Court in and for the County of Washoe, State of Nevada, and not on the form for the United States District Court for the District of Nevada. Therefore, Plaintiff's application currently on file (ECF No. 1) is **DENIED WITHOUT PREJUDICE.**

The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for a non-prisoner. Plaintiff has **30 days** from the date of this Order to file his completed IFP application on the correct form.

If Plaintiff fails to timely file a completed IFP application or pay the filing fee, his action may be dismissed.

**IT IS SO ORDERED**.

Dated: March 26, 2021

                                                      _____
                                                     William G. Cobb
                                                     United States Magistrate Judge