1

2

3

4

5

6

UNITED STATES DISTRICT CCOURT

7

DISTRICT OF NEVADA

8

9

10   VICTOR CAMARGO JUAREZ,          )   Case No.: 3:20-CV-00642-RCJ-WGC
                                     )
11                    Plaintiff,     )   ORDER ADOPTING AND ACCEPTING
                                     )   REPORT AND RECOMMENDATION OF
                                     )   UNITED STATES MAGISTRATE JUDGE
12   v.                              )   (ECF NO. 7)
                                     )
13   ROBERT HUMASON, *et al.*,       )
                                     )
14                    Defendants.    )
                                     )
15                                   )
                                     )
16

17
         Before the Court is the Report and Recommendation of United States Magistrate Judge
18
     William G. Cobb, (ECF No. 7[1]) entered on August 4, 2021, recommending that the Court grant
19
     Plaintiff's IFP application (ECF No. 5).
20
         This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and
21
     Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of
22
     Nevada.
23

24
         The Court has considered the pleadings and memoranda of the parties and other relevant
25
     matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.
26

27

28
     _____
     [1]  Refers to Court's docket number.

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS HEREBY ORDERED** that Magistrate Judge Cobb's Report and Recommendation (ECF No. 7) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's IFP application (ECF No. 5) is **GRANTED** and the Clerk of the Court shall file the Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** the Complaint shall **PROCEED** against Humason II., Inc., dba McDonald's Restaurant.

**IT IS FURTHER ORDERED** that Defendants Milly Moreno and Robert Humason are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated this 8th day of September, 2021.

ROBERT C. JONES
United States District Judge

2