# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR CAMARGO JUAREZ,<br><br>                         Plaintiff,<br>     v.<br><br>ROBERT HUMASON, et al.,<br><br>                         Defendants. | 3:20-cv-00642-RCJ-CSD<br><br>**ORDER** |

On January 27, 2022, the court directed the parties to file their Stipulated Discovery Plan and Scheduling Order on or before **Friday, February 25, 2022**. (ECF No. 20.) The parties have failed to comply.

The parties shall file their Stipulated Discovery Plan and Scheduling Order **by no later than close of business on Friday, March 11, 2022.** If the Stipulated Discovery Plan and Scheduling Order is not filed by that date, the court will issue an order to show cause why the parties should not be held in contempt for failure to comply with the court's order (ECF No. 20).

**IT IS SO ORDERED.**

DATED: March 2, 2022.

_____
UNITED STATES MAGISTRATE JUDGE