**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| VICTOR CAMARGO JUAREZ, | ) CASE NO. 3:20-cv-00642-RCJ-CSD |
| Plaintiff, | ) **ORDER ON** |
| vs. | ) **STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| ROBERT HUMASON, an Individual; HUMASON II, INC. d/b/a/ MCDONALD'S RESTAURANT; MILLY MORENO, an Individual; DOES 1-10 | ) |
| Defendants. | ) |

Plaintiff, VICTOR CAMARGO JAUREZ, and Defendant, HUMASON II, INC. d/b/a MCDONALD'S RESTAURANT ("Defendant"), by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate to dismissal, with prejudice, of Plaintiff's Complaint, and any causes of action and claims for relief asserted in these proceedings by Plaintiff against Defendant, with each of the parties to bear their own respective attorneys' fees and costs.

Defendant sent Plaintiff the settlement check in this matter by certified mail and Plaintiff acknowledges receipt thereof on or about November 10, 2022.

Page 1 of 2

WHEREFORE, Plaintiff and Defendant stipulate and agree that this case shall be dismissed with prejudice, with each of the parties to bear their own respective attorneys' fees and costs.

| | |
|---|---|
| Dated this ___ day of December, 2022 | Dated this <u>6th</u> day of December, 2022 |
| | LIPSON NEILSON P.C. |
| *See attached signature page* | |
| _____ | By: *Lisa J. Zastrow* _____ |
| VICTOR CAMARGO JUAREZ | LISA J. ZASTROW, ESQ. |
| 551 Brinkby Avenue, Apt. 711 | Nevada Bar No. 9727 |
| Reno, Nevada 89509 | 9900 Covington Cross Drive, Suite 120 |
| | Las Vegas, Nevada 89144 |
| *Plaintiff* | (702) 382-1500 |
| | *Attorneys for Defendant Humason II. d/b/a/ McDonald's Restaurant* |

IT IS SO ORDERED.

DATED: <u>DECEMBER 6, 2022</u>    _____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

WHEREFORE, Plaintiff and Defendant stipulate and agree that this case shall be dismissed with prejudice, with each of the parties to bear their own respective attorneys' fees and costs.

Dated this 6 day of December, 2022

Dated this ____ day of December, 2022

LIPSON NEILSON P.C.

_____
VICTOR CAMARGO JUAREZ
551 Brinkby Avenue, Apt. 711
Reno, Nevada 89509

*Plaintiff*

By: _____
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
*Attorneys for Defendant Humason II. d/b/a/ McDonald's Restaurant*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____